| | |
|---|---|
| 1 | CAMILO ECHAVARRIA (State Bar No. 192481) |
| | camiloechavarria@dwt.com |
| 2 | AARON N. COLBY (State Bar No. 247339) |
| | aaroncolby@dwt.com |
| 3 | DAVIS WRIGHT TREMAINE LLP |
| 4 | 865 South Figueroa Street, Suite 2400 |
| | Los Angeles, California 90017-2566 |
| 5 | Telephone: (213) 633-6800 |
| | Fax: (213) 633-6899 |
| 6 | |
| 7 | Attorneys for Defendants |
| | BANK OF AMERICA, N.A. and ERICK |
| 8 | GONZALES |

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVANEH "PATTI" SALIMI | Case No. **2:11-CV-00356-R (AJW)** |
| Plaintiff, | **ORDER GRANTING STIPULATION RE DISMISSAL** |
| vs. | |
| BANK OF AMERICA CORPORATION, ERIC GONZALEZ, an individual, and DOES 1 through 50, inclusive, | Assigned to the Hon. Manuel L. Real Courtroom 8 |
| | Action Filed: December 3, 2010 |
| Defendants. | |

1

ORDER ON STIPULATION RE DISMISSAL
DWT 18213408v1 4900000-001223

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to the stipulation between plaintiff PARVANEH "PATTI" SALIMI ("Plaintiff"), on the one hand, and defendant BANK OF AMERICA, N.A., incorrectly sued as BANK OF AMERICA CORPORATION, and ERICK GONZALES, incorrectly sued as ERIC GONZALEZ ("Defendants"), on the other hand, this action is dismissed in its entirety with prejudice. Each party to bear their own attorneys' fees and costs.

DATED: October 20, 2011

_____
Honorable Manuel L. Real
United States District Court Judge

ORDER ON STIPULATION RE DISMISSAL
DWT 18213408v1 4900000-001223

2

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899